IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:08-CR-72-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| RIBHI AYADA HAMDAN | : |
| a/k/a RIBHI AYADA HAMDEN | : |
| a/k/a ABU MOHAMMED | : |

**ORDER OF FORFEITURE**

WHEREAS, on unopposed motion by the Government, the following substitute asset is hereby forfeitable pursuant to 18 U.S.C. Section 981:

**Substitute Asset**

$4,820.00 in U. S. currency.

The above substitute asset is forfeited in partial substitution for the forfeited but unavailable sum of $100,000, said substitute asset value being $4,820.00 realized by the Government after the disposition of the substitute property.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. That based upon the Order for Forfeiture as to the defendant, RIBHI AYADA HAMDAN, the interest of the defendant in the identified substitute asset, specifically, $4,820.00 in U. S. currency, is herewith forfeited to the United States for disposition in accordance with the law.

2. That any and all forfeited funds shall be deposited by the United States Marshal Service as soon as located or recovered into the Department of Justice Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED. This 27 day of September 2010.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge