# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Ribhi Ayada Hamdan                      Docket No. 4:08-CR-72-1BO

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ribhi Ayada Hamdan, who, upon an earlier plea of guilty to Interstate Transportation of Stolen Goods and Aiding and Abetting in violation of 18 U.S.C. §§ 2314, 21, and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 16, 2009, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Ribhi Ayada Hamdan was released from custody on August 3, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Because Hamdan resides in Brooklyn, New York, supervised release commenced in the Eastern District of New York on August, 3, 2010. The offender resides with his wife and four children and is employed full-time as a helper for New York Brooklyn Bread Company. Since the commencement of supervised release, Hamdan has remained in compliance with the conditions imposed by the court. The supervising United States Probation Officer in New York has assessed Hamden's financial capability, taking into consideration that he is the sole financial supporter for his family. Based on this assessment, it is recommended that the conditions of supervised release be modified to incorporate a payment schedule of $25.00 per month. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall make monthly payments of $25.00 toward his fine.

Ribhi Ayada Hamdan
Docket No. 4:08-CR-72-1BO
Petition For Action
Page 2


Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,					I declare under penalty of perjury that the
							foregoing is true and correct.

/s/ Dwayne K. Benfield					/s/ Tuell Waters
Dwayne K. Benfield					Tuell Waters
Senior U.S. Probation Officer				U.S. Probation Officer
							201 South Evans Street, Room 214
							Greenville, NC 27858-1137
							Phone: 252-758-7200
							Executed On: May 13, 2011

## ORDER OF COURT

Considered and ordered this ___20___ day of ___May___, 2011, and ordered filed and made a part of the records in the above case.

_____Jeremy Boyle_____
Terrence W. Boyle
U.S. District Judge